ters which could only be the subject of contract. The order must be reversed, with $10 costs and disbursements, but without prejudice to the right of the plaintiff to move, if so advised, to be relieved from the purchase, or for a resale of the premises.

---

LOSEY, Respondent, v. WORDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Minnie M. Losey, as executor, etc., of Charles H. Losey, deceased, against Charles A. Worden, as executor, etc., of Mary A. Robart, deceased. No opinion. Judgment affirmed, with costs.

---

In re LOW et al. (Supreme Court, Appellate Division, First Department. May 20, 1905.) In the matter of Seth Low and others. No opinion. Motion denied, with $10 costs.

---

LUDINGTON et al., Appellants, v. NATIONAL BROADWAY BANK OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Benjamin L. Ludington and Charles H. Pond, as substituted trustees, etc., against the National Broadway Bank of New York and the Mercantile National Bank of the City of New York.

PER CURIAM. Motion for reargument denied. Motion for leave to appeal to the Court of Appeals granted, and question certified as follows: "Does the complaint in this action state a cause of action?"

---

LUNNY, Respondent, v. McCLELLAN et al., Appellants. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Farrel Lunny against Malleville W. McClellan and others. E. Mitchell, for appellants. G. W. Files, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

McCONNELL, Appellant, v. MORSE IRON WORKS & DRY DOCK CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by Sarah McConnell, as administratrix, etc., against the Morse Iron Works & Dry Dock Company. No opinion. Motion for reargument granted, and case set down for May 8, 1905.

---

McCOON v. SCHWARZ. (Supreme Court, Appellate Division, First Department. May 20, 1905.) Action by Catherine A. McCoon against Mayme Schwarz. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

---

McDONALD, Respondent, v. HOLBROOK, CABOT & DALY CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Ida L. McDonald against the Holbrook, Cabot & Daly Contracting Company. No opinion. Motion to resettle order denied.

McDONALD, Respondent, v. TONAWANDA IRON & STEEL CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Duncan J. McDonald against the Tonawanda Iron & Steel Company and William M. Mills.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellants to abide event. Held, that the verdict, in so far as it found want of probable cause, was contrary to and against the weight of the evidence.

---

McGEE, Appellant, v. UNITED STATES CASUALTY CO., Respondent. (Supreme Court, Appellate Term. May 23, 1905.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by John C. McGee against the United States Casualty Company. Judgment for defendant, and plaintiff appeals. Affirmed. R. L. Pritchard, for appellant. Carl Schurz Petrasch, for respondent.

PER CURIAM. The plaintiff himself testified in effect that, if he settled Mr. Crosby's claim for $1,000, the defendant promised to give him, the plaintiff, $200. The evidence shows that Mr. Crosby's claim was not settled for $1,000, and therefore plaintiff was not entitled to receive the $200. The judgment appealed from is affirmed, with costs.

---

McGOVERN, Appellant, v. LEIHY et al., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by James P. McGovern against Morgan P. Leihy and others. R. L. Stanton, for appellant. A. S. Andrews, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

---

McLAUGHLIN, Respondent, v. NEW YORK CITY RY. CO., Appellant (three cases). (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Actions by Mary E. McLaughlin against the New York City Railway Company. No opinion. Reargument ordered, and cases set down for June 7, 1905.

---

MAHNKEN, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by Henry Mahnken against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

MAHONEY, Respondent, v. WESTINGHOUSE, CHURCH, KERR & CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Philip Mahoney against Westinghouse, Church, Kerr & Co. No opinion. Motion denied.

---

MAHONEY, Respondent, v. WESTINGHOUSE, CHURCH & KERR, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by

Philip Mahoney against Westinghouse, Church & Kerr, a corporation.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BARTLETT and MILLER, JJ., dissent.

MALDOON, Respondent, v. JEFFERSON POWER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Fred D. Maldoon against the Jefferson Power Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

MALLORY, Respondent, v. DIMOCK, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by David D. Mallory against Anthony W. Dimock.

PER CURIAM. Judgment and order reversed on argument, and new trial granted, costs to abide the event, on account of error in the rulings of the trial court in permitting the opinion of the Appellate Division of the Third Department, containing statements of fact in another case injurious to the defendant, to be read to the jury in the course of the defendant's cross-examination.

MAN, Appellant, v. SASLAVSKY, Respondent. (Supreme Court, Appellate Division, First Department. April 20, 1905.) Action by William Man against Nathan Saslavsky. G. B. Goodman, for appellant. A. H. Solotaroff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

MANHEIM et al. v. RATNER. (Supreme Court, Appellate Division, First Department. April 14, 1905.) Action by Jacob Manheim and others against Charles Ratner. No opinion. Motion denied, on payment of $20 costs.

MARCH v. MARCH et al. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by Egbert G. March, as executor, against Seth B. March and others. W. B. Hornblower, for appellants. M. Williams, for respondent Kennedy.

PER CURIAM. Judgment affirmed, with costs.

VAN BRUNT, P. J., dissenting.

MARQUETTE, Respondent, v. WATERTOWN THERMOMETER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 3, 1905.) Action by Alice Marquette against the Watertown Thermometer Company. No opinion. Judgment and order affirmed, with costs.

MARRONI, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. May 5, 1905.) Action by John Marroni, as administrator, against the city of New York. T. Connoly, for appellant. L. Steckler, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellant to abide event, unless plaintiff stipulates to reduce judgment as entered, including interest, costs, etc., to $2,164.60, in which event judgment, as so modified, and order, affirmed, without costs.

MARTIN v. CROSSLEY. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by John Martin against Hannah L. Crossley. No opinion. Motion granted.

MARTINEZ, Respondent, v. FIREMEN'S INS. CO. OF NEWARK, N. J., Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1905.) Action by John P. Martinez against the Firemen's Insurance Company of Newark, N. J. No opinion. Motion denied, with $10 costs.

MATOTT et al., Respondents, v. GONYO et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 3, 1905.) Action by William Matott, Napoleon Matott, and Robert Wiley against Isaac Gonyo and others. No opinion. Judgment unanimously affirmed, with costs.

MAYER et al., Appellants, v. ROTHFUSS, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Gerson Mayer and others against Oscar M. Rothfuss. B. Tuska, for appellants. J. P. Eustis, for respondent. No opinion. Judgment and order affirmed, with costs.

MEEHAN, Respondent, v. ATLAS SAFE MOVING CO., Appellant. (Supreme Court, Appellate Division, First Department. April 7, 1905.) Action by Mary L. Meehan, as administratrix, against the Atlas Safe Moving Company. H. C. Smyth, for appellant. G. G. Battle, for respondent.

PER CURIAM. Judgment and order affirmed, with costs.

INGRAHAM, J., dissents.

MEGOWAN et al., Respondents, v. PETERSON, Appellant. (Supreme Court, Appellate Division, Second Department. April 28, 1905.) Action by James Megowan and William S. Goddard against Charles G. Peterson. No opinion. Motion denied.

In re MEYER'S ESTATE. (Supreme Court, Appellate Division, First Department. April 7, 1905.) In the matter of John D. Meyer, deceased. No opinion. Motion denied.

MILLER, Appellant, v. VAN BRUNT ST. & E. B. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. May 12, 1905.) Action by Samuel Miller against Van Brunt Street & Erie Basin Railroad Company. No opinion. Judgment and order of the County Court of Kings county unanimously affirmed, with costs.

MITCHELL, Respondent, v. MITCHELL, Appellant. (Supreme Court, Appellate Division, Third Department. May 16, 1905.) Action by Sophia Mitchell against Fred Mitchell.